No. 00–1275. PLUMMER *v.* ABB INDUSTRIAL SYSTEMS, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1281. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF PSYCHOANALYSIS ET AL. *v.* O'CONNOR, EXECUTIVE DIRECTOR, CALIFORNIA BOARD OF PSYCHOLOGY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1294. BEKKER *v.* HUMANA HEALTH PLAN, INC. C. A. 7th Cir. Certiorari denied.

No. 00–1296. HUNT MANUFACTURING CO. *v.* FISKARS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 00–1298. GILCHRIST, DBA CONCAN CABLE TV *v.* BANDERA ELECTRIC COOPERATIVE, INC. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 00–1310. BRIAN B., BY AND THROUGH HIS MOTHER, LOIS B., ET AL. *v.* HICKOK, SECRETARY, PENNSYLVANIA DEPARTMENT OF EDUCATION. C. A. 3d Cir. Certiorari denied.

No. 00–1315. LEBLANC *v.* MIGUEZ ET AL. Ct. App. La., 3d Cir. Certiorari denied.

No. 00–1316. RODRIGUEZ DELGADO ET AL. *v.* SHELL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1319. ENDSLEY ET AL. *v.* CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 00–1324. AMERICAN GENERAL FINANCE, INC. *v.* DICKERSON ET UX. C. A. 11th Cir. Certiorari denied.

No. 00–1325. BHATTI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 00–1326. COADY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.